THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIMON A. KEARNS, FRANK J. LEIGH, WILLIAM MUCK-LER and JOHN W. NEVILLE, Appellants.

Argued April 17, 1939; decided May 16, 1939.

764

*Manly Fleischmann, Justice Fleischmann, William J. Driscoll* and *Adelbert Fleischmann* for appellants.

*Leo J. Hagarty, District Attorney (Frank G. Raichle, James O. Moore, Jr.,* and *Aline M. Jokl* of counsel), for respondent.

As to each appellant: judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.